

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Sugar Land Urban Air, LLC, UATP
Management, LLC, Zoya Enterprises, Ltd.,
and UA Holdings, LLC, Appellants

No. 06-21-00083-CV          v.

Hamza Lakhani, Appellee

Appeal from the 127th District Court of
Harris County, Texas (Tr. Ct. No. 2020-
74799). Memorandum Opinion delivered
by Justice Stevens, Chief Justice Morriss
and Justice Carter* participating. *Justice
Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. Therefore, we affirm the trial court's order denying the Arbitration Motion of UATP, Zoya, and UA. However, because the arbitration agreement between Sugar Land and Lakhani is enforceable, except for the provision that bars the award of punitive or exemplary damages, we reverse the trial court's order denying Sugar Land's Arbitration Motion, excise the provision prohibiting the award of punitive or exemplary damages from the agreement to arbitrate, and remand this case to the trial court with instructions to enter an order, consistent with this opinion, compelling arbitration of all of Lakhani's claims against Sugar Land.

We further order that the appellants pay seventy-five percent (75%) and appellee pay twenty-five percent (25%) of all costs incurred by reason of this appeal.

RENDERED MARCH 29, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk